NUMBER 13-06-171-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

CESAR
MENDEZ PAREDES,                                        Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                  On appeal from the 398th
District Court 

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

              Before
Justices Rodriguez, Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, CESAR
MENDEZ PAREDES, attempted to perfect an appeal from a judgment entered by
the 398th District Court of Hidalgo County,
Texas.  Sentence in this cause was
imposed on August 8, 2005. 
No timely motion for new trial was filed.  The notice of appeal was due to be filed on September 7, 2005, but was not filed until April 7,
2006.   Said notice of appeal is
untimely filed. 

Tex.
R. App. P.
26.3 provides that the court of appeals may grant an extension of time for
filing notice of appeal if such notice is filed within  fifteen days of the last day allowed and
within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. 
Appellant failed to file his notice of appeal and a motion requesting an
extension of time within such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

 

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and filed this

the  1st day of June, 2006.